IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JACK HOEFER,

    Plaintiff,

-vs-

BNSF RAILWAY COMPANY,

    Defendant.                         NO. 11-CV-74-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on April 30, 2012, this case is **DISMISSED** with prejudice.

                              NANCY J. ROSENSTENGEL,
                              CLERK OF COURT


                        BY:      /s/*Sandy Pannier*
                                      **Deputy Clerk**

Dated: July 5, 2012

                        Digitally signed by
                        David R. Herndon
                        Date: 2012.07.05
                        14:49:35 -05'00'

APPROVED:
          CHIEF JUDGE
          U. S. DISTRICT COURT